Exhibit 1

7:25mj107



5