AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7:25mj107 | Date and time warrant executed:<br>5/27/2025 14:49 | Copy of warrant and inventory left with:<br>On file with USPIS |
| Inventory made in the presence of :<br>TFO Fridley and PI Buck | | |

Inventory of the property taken and name(s) of any person(s) seized:

1. White cardboard parcel bearing USPS Priority Mail tracking number "9405 5301 0935 5155 8393 23"

2. Approximately 117 grams of a clear crystal substance (suspected Methamphetamine)

**Received in Chambers**
**By Reliable Electronic Means**

5/28/2025 9:32 AM

**Hon. C. Kailani Memmer**
**United States Magistrate Judge**

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
May 28, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  5/28/2025

*Tyler W. Fridley*
*Executing officer's signature*

Tyler W. Fridley, USPIS Task Force Officer
*Printed name and title*

| Print | Save As... | Reset |